UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORMAN SABEL,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 16-cv-04832-TEH

**ORDER TO SHOW CAUSE**

This matter came before the Court on May 1, 2017, at 1:30 PM, for a further case management conference. The Court called the case at 1:45 PM and concluded the conference at 1:53 PM. Plaintiff's counsel, Mr. Timothy Gomes, failed to appear. The Court's courtroom deputy subsequently retrieved a voicemail message from Mr. Gomes, left at 1:31 PM, stating that he was stuck in traffic, as well as another message from Mr. Gomes's office, left at 1:59 PM, repeating that Mr. Gomes was stuck in traffic and adding that Mr. Gomes also had a doctor's appointment.

Mr. Gomes is HEREBY ORDERED TO SHOW CAUSE as to why monetary sanctions should not be imposed for his failure to attend today's case management conference. He shall file a written response to this order on or before **May 8, 2017,** and appear for a show cause hearing on **May 15, 2017, at 1:30 PM,** in Courtroom No. 12, 450 Golden Gate Avenue, San Francisco, California. The Court will also conduct a further case management conference at that time. If Mr. Gomes fails to file a timely statement or appear for the hearing, this case will be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 05/01/17

                                               THELTON E. HENDERSON
                                               United States District Judge