UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN WALTER SABEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 16-cv-04832-EMC<br><br>**ORDER TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED AGAINST TIMOTHY GOMES FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Docket No. 58 |

On November 29, the Court ordered Plaintiff Norman Sabel's former counsel, Mr. Timothy Gomes, to file a declaration by December 8 stating that he had produced all documents in his possession to Mr. Sabel in the following categories:

- All communications between Mr. Gomes and Mr. Sabel
- All communications between Mr. Gomes and Ms. Bers or Defendant's other counsel
- Any notes related to Mr. Gomes' preparation or research of this lawsuit, including attorney work-product
- The retainer agreement/contract between Mr. Gomes and Mr. Sabel

*See* Docket No. 58 at 2.

Mr. Gomes has not yet complied with the Court's order. Mr. Gomes is **ORDERED TO SHOW CAUSE** why monetary sanctions should not be imposed against him for his failure to comply, in an amount including but not limited to incremental sanctions in the amount of $100.00 for each day he fails to file a compliant declaration after **December 19, 2017**. Mr. Gomes's response to this order to show cause is due no later than **December 29, 2017**.

///

///

The Court will serve a copy of this order on Mr. Gomes by mail to the Law Office of Timothy Gomes, 2225 East Bayshore Rd., Suite 200, Palo Alto, CA 94303.  A copy will also be served to Mr. Gomes by e-mail at courthelp@comcast.net.

**IT IS SO ORDERED**.

Dated: December 14, 2017

_____
EDWARD M. CHEN
United States District Judge